# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147300 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re CORRION.

_____/

JOHN ALDON CORRION,
         Plaintiff-Appellant,

v

                                 SC:  147300
                                 COA:  315536
                                 Livingston CC:  06-016087-FC

LIVINGSTON CIRCUIT COURT,
         Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the May 17, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to produce evidence is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

p0923